AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

IVAN W. THOMPSON,

       Petitioner,

                               **JUDGMENT IN A CIVIL CASE**

v.

**WARDEN, ROSS CORRECTIONAL**     **CASE NO. C2-10-040**
**INSTITUTION,**                                **JUDGE EDMUND A. SARGUS, JR.**
                                       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Respondent.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed February 2, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 2, 2011                              JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk