IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IVAN W. THOMPSON,

        Petitioner,

v.

        CASE NO. 2:10-CV-00040
        JUDGE SARGUS
        MAGISTRATE JUDGE KING

WARDEN, ROSS CORRECTIONAL
INSTITUTION,

        Respondent.

## ORDER

On November 2, 2011, the United States Magistrate Judge recommended that Petitioner's request to reopen this case be granted but that his request for release on bond be denied. *Report and Recommendation*, Doc. No. 31. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 31, is **ADOPTED AND AFFIRMED**. Petitioner's request to reopen this case, Doc. No. 28, is **GRANTED** but his request that he be released on bond, *id.*, is **DENIED**.

This case is **REOPENED**. Respondent is **DIRECTED** to file a response to the *Petition* pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts within twenty-one (21) days from the date of this *Order*.

12-6-2011
Date

Edmund A. Sargus, Jr.
United States District Judge