AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

IVAN W. THOMPSON,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

WARDEN, ROSS CORRECTIONAL INSTITUTION,

CASE NO. C2-10-040
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

        Respondent.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the OPINION AND ORDER filed May 3, 2012, JUDGMENT is hereby entered DISMISSING this action.

Date: May 3, 2012

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk