# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**IVAN W. THOMPSON,**

    **Petitioner,**

          **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, ROSS**     **CASE NO.  C2-10-040**
**CORRECTIONAL INSTITUTION,**  **JUDGE EDMUND A. SARGUS, JR.**
           **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Respondent.**

 \_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the OPINION AND ORDER filed May 3, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 3, 2012       JAMES BONINI, CLERK

           */S/ Andy F. Quisumbing*
           (By) Andy F. Quisumbing
           Courtroom Deputy Clerk